## Richard Ethan HOLLINGSWORTH, Petitioner–Appellant,

v.

## Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 01–7217.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Richard Ethan Hollingsworth, Appellant Pro Se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Richard Ethan Hollingsworth appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's

opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Hollingsworth's motion for leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Hollingsworth v. Angelone,* No. CA–01–25–2 (E.D.Va. Aug. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*